```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Michael Joseph Bergeron, Jr.

    v.                                                                Case No. 18-cv-525-PB

NH, State of

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 3, 2018. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal). Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

Plaintiff's Motion to Merge Cases & Change Venue to the Federal District Court (doc. no. 5), and Motion for Hearing and Stop Playing These Legal Games (doc. no. 7), are denied as moot.

                                                                /s/Paul J. Barbadoro
                                                                Paul J. Barbadoro
                                                                United States District Judge

Date: December 28, 2018

cc: Michael Joseph Bergeron, Jr., pro se